■ The People of the State of New York, Respondent, v Thomas Hannah, Appellant. — Judgment, Supreme Court, New York County (Levittan, J.), rendered on January 13, 1981, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California*, 386 US 738; *People v Saunders*, 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur — Murphy, P. J., Kupferman, Fein, Kassal and Alexander, JJ.

■ The People of the State of New York, Respondent, v Victor Calderon, Appellant. — Judgment, Supreme Court, New York County (Soloff, J.), rendered on January 7, 1982, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California*, 386 US 738; *People v Saunders*, 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur — Kupferman, J. P., Sandler, Sullivan, Bloom and Kassal, JJ.